ALFRED P. LYON, Respondent, *v.* WILLIAM E. WARD, Doing Business under the Name of McLEOD, WARD & COMPANY, Appellant.

*Lyon* v. *Ward*, 146 App. Div. 891, affirmed.
(Argued January 17, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 4, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Thomas F. Curran* and *James B. Henney* for appellant.

*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.